UNITED STATES of America,
Plaintiff–Appellee

v.

Gabriel MARTINEZ, Defendant–
Appellant.

No. 05–41866

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 26, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Jon Karl Schmid, Law Office of Jon Karl Schmid, Brownsville, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

Gabriel Martinez appeals the sentence imposed following his guilty-plea conviction for conspiracy to engage in unlawful racketeering conduct in relation to a Racketeer Influenced and Corrupt Organization (RICO) and conspiracy to receive firearms after having previously been convicted of a felony. Martinez argues that the Government breached the plea agreement by failing to recommend a 140–month sentence, as it had promised in the plea agreement.

The record establishes, and the Government concedes, that it breached the plea

---

agreement. Martinez's sentence is vacated and the case is remanded for resentencing before a different district court judge. *See United States v. Saling,* 205 F.3d 764, 768 (5th Cir.2000).

SENTENCE VACATED; CASE REMANDED FOR RESENTENCING.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.